## SEAGRIST *v.* CRABTREE.

ERROR TO THE SUPREME COURT OF THE TERRITORY OF NEW MEXICO.

No. 386. Submitted April 9, 1888. — Decided April 16, 1888.

It is not sufficient cause for dismissing a writ of error that the citation was served and made returnable less than thirty days after the writ was granted.

MOTION TO DISMISS " because the citation was not served in time."

*Mr. J. G. Zachry* for the motion : The citation in this case was made returnable on the second Monday in October, 1885.

Service was had on the attorneys for Crabtree on September 16, 1885. The time intervening between the date of service and the return of the citation was less than thirty days, and the notice to the defendant in error, Crabtree, was not sufficient. Rev. Stat. § 999.

*Mr. O. D. Barrett* opposing: The facts stated in the motion show that plaintiffs in error have fully complied with the fifth section of the eighth rule of this court, which simply provides that the citation be served *before* the return day of the writ. It was so served.

MR. JUSTICE MILLER: This is a motion to dismiss, the ground for which is that the citation was served and made returnable less than thirty days after the writ was granted. We do not think that is a sufficient ground to dismiss the writ of error, whatever may be the ground for relief.